# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| ROBERT LANG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-04196-ELR |
| | * | |
| SIG SAUER, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

## **JUDGMENT**

This action came before the Honorable Eleanor L. Ross, United States District Judge, for a jury trial on Tuesday, June 11, 2024. On Thursday, June 20, 2024, the jury returned a verdict in favor of Plaintiff Robert Lang. The issues have been tried and the jury has rendered its verdict.  [Doc. 131].

It is **ORDERED AND ADJUDGED** that Plaintiff Robert Lang recover from Defendant Sig Sauer, Inc., a total of $2,350,963.43 in compensatory damages, and the costs of this action.

**SO ORDERED** this 24th day of June, 2024.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia