UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT LANG,<br><br>                    Plaintiff,<br><br>vs.<br><br>SIG SAUER, INC.,<br><br>                    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04196-ELR |

## **AMENDED J U D G M E N T**

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for a jury trial on Tuesday, June 11, 2024. On Thursday, June 20, 2024, the jury returned a verdict in favor of Plaintiff Robert Lang. The issues have been tried and the jury has rendered its verdict. [Doc. 131] it is,

**Ordered and Adjudged** that Plaintiff Robert Lang recover from Defendant Sig Sauer, Inc., a total of $2,438,289.03 in compensatory damages, and the costs of this action.

Dated at Atlanta, Georgia, this 18th day of July, 2024.

                                                                KEVIN P. WEIMER
                                                                CLERK OF COURT

                                            By:     s/ A. White
                                                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerks Office
July 18, 2024
Kevin P. Weimer
Clerk of Court

By:     s/ A. White
           Deputy Clerk