Nos. 25-10810, 25-10812

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ROBERT LANG,

    *Plaintiff/Appellee – Cross-Appellant,*

v.

SIG SAUER, INC.,

    *Defendant-Appellant – Cross-Appellee.*

On Appeal from the United States District Court
for the Northern District of Georgia
Case No. 1:21-CV-04196-ELR (Hon. Eleanor L. Ross)

## AMICUS CURIAE LAWYERS FOR CIVIL JUSTICE
## CERTIFICATE OF INTERESTED PARTIES

Lee Mickus
EVANS FEARS SCHUTTERT
MCNULTY MICKUS
1805 Shea Center Drive
Suite 120
Littleton, Colorado 80129
Lmickus@efsmmlaw.com
(303) 656-2199

*Attorney for Amicus Curiae
Lawyers for Civil Justice*

*Lang v. Sig Sauer, Inc.*
Nos. 25-10810, 25-10812

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rules 26.1-1(a), the undersigned counsel represents that, in addition to persons and entities identified on the Certificates of Interested Parties already filed, the following have an interest in the outcome of this appeal:

1. Lawyers for Civil Justice, *Amicus Curiae*

2. Mickus, Lee, *Counsel for Amicus Curiae*


Dated: May 23, 2025

                                            */s/ Lee Mickus*
Lee Mickus
EVANS FEARS SCHUTTERT
MCNULTY MICKUS
1805 Shea Center Drive
Suite 120
Littleton, Colorado 80129
Lmickus@efsmmlaw.com
(303) 656-2199
*Attorney for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I electronically filed the foregoing Certificate of Interested Parties with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF System, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

Dated: May 23, 2025

*/s/ Lee Mickus*