**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                         In Replying Give Number
Clerk                                                                                                   Of Case and Names of Parties

October 10, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **FEBRUARY 23, 2026, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11*$^{th}$ *Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #10.***

| Case No. | Case Name |
|---|---|
| 24-13302 | Johnny Copper LLC v. U.S. Food and Drug Administration, et al. (REVISED ARGUMENT DATE) |
| 24-10391 | United States v. Jack Fisher, et al. |
| 24-11799 | Ricky Johnson v. Heather Turner, et al. |
| 23-13940 | United States v. Tomario Hicks |
| 24-11061 | Federal Savings Bank v. Stephon Montgomery, et al. |
| 24-11009 | United States v. Samuel Thompson |
| 24-12557 | United States v. Shelitha Robertson |
| 25-10034 | Harold Dombrowski v. Wilson, et al. |
| 24-12770 | Kinsale Insurance Company v. Venetian Hills Apartments, LLC, et al. |
| 23-13860 | CSX Transportation Inc., et al. v. Surface Transportation Board, et al. |
| 24-12895 | Pamela Greacen, et al. v. Town of Redington Beach, Florida (Consolidated with 24-12896, Shawn Buending, et al. v. Town of Redington Beach, Florida) |
| 23-12014 | United States v. Larry Austin, Jr. |
| 24-13956 | Shenae Dawkins v. Innovation Truck Service, LLC, et al. |
| 25-10205 | Noble Public Adjusting Group LLC v. United States Small Business Administration, et al. |
| 23-10062 | Curtrina Martin, et al. v. United States, et al. |
| 25-10810 | Robert Lang v. Sig Sauer, Inc. |